**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:26-cv-26017-GAYLES**

**ADIDAS AG, *et al.*,**

**Plaintiffs,**

**v.**

**BUYEPLJERSEYS.COM,**

**Defendant.**

______________________________/

**ORDER**

**THIS CAUSE** comes before the Court on Plaintiffs adidas AG, adidas International Marketing B.V., and adidas America, Inc.'s ("Plaintiffs") Motion for Entry of Default Final Judgment Against Defendant ("Motion"). [ECF No. 14]. The Court has reviewed the Motion and the record and is otherwise fully advised.

1. On September 1, 2026, Plaintiffs brought this action against Defendant, buyepljerseys.com a/k/a buyeurojersey.com a/k/a buyeurojerseys.com a/k/a cheapdiscountjerseysshop.com a/k/a enfootballshirtoutlet.com a/k/a epljerseyoutlet.com a/k/a eufootballstore.com a/k/a eurofootballjersey.com a/k/a eurofootballkitshop.com a/k/a eurofootballshirt.com a/k/a eurofootballshirts.com a/k/a eurofootballstore.com a/k/a eurojerseyhub.com a/k/a eurojerseystore.com a/k/a eurosoccerjerseyhub.com a/k/a eurosoccerjerseys.com a/k/a eurosoccershirts.com a/k/a eurosoccershop.com a/k/a eurosoccerstore.com a/k/a footballshirtoutlet-uk.com a/k/a footballworldjersey.com a/k/a frsoccershop.com a/k/a globalsoccerjersey.com a/k/a hotsoccerjersey.com a/k/a jerseychest.com a/k/a jerseys173.com a/k/a kidsoccerjerseys.com a/k/a laligashirt.com a/k/a laligashirts.com a/k/a laligashirtstore.com a/k/a laligastoreeurope.com a/k/a ligue1shop.com a/k/a

ligue1store.com a/k/a neweplshirt.com a/k/a premierleaguekits.com a/k/a soccerjerseyguide.com a/k/a soccerjerseyhub.net a/k/a soccerjerseyoutlet.com a/k/a soccerjerseysoutlet.com a/k/a soccerjerseywebstore.com a/k/a thefootballjerseyhub.com a/k/a thefootballkitshop.com ("Defendant") alleging claims for trademark counterfeiting and infringement, false designation of origin, common law unfair competition, and common law trademark infringement. [ECF No. 1].

2. On September 3, 2026, pursuant to the Court's Order Authorizing Alternate Service of Process, [ECF No. 7], Plaintiffs served Defendant via email and website posting on Plaintiffs' serving notice website, [ECF No. 11]. Defendant failed to timely answer or otherwise respond to the Complaint.

3. On September 29, 2026, Plaintiffs filed a Motion for Clerk's Entry of Default against Defendant, [ECF No. 12], and the Clerk entered a default against Defendant, [ECF No. 13].

4. On October 25, 2026, Plaintiffs filed the instant Motion seeking a default judgment against Defendant. [ECF No. 14].

5. As a result of Defendant's failure to appear, respond to the Complaint, or otherwise appear in this action, the Court accepts as true Plaintiffs' claims for trademark counterfeiting and infringement, false designation of origin, common law unfair competition, and common law trademark infringement.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiffs' Motion for Entry of Default Final Judgment, [ECF No. 14], is **GRANTED**. In accordance with Federal Rule of Civil Procedure 58(a), final judgment will be entered separately.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of October, 2026.

**DARRIN P. GAYLES**
**UNITED STATES DISTRICT JUDGE**